UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDOULAYE TRAORE,

                      Plaintiff,

          -v-

CITY OF NEW YORK, *et al.*,

                      Defendants.

22-CV-1429 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

On June 6, 2022, Defendant City of New York ("City") requested that the Court: (1) compel Plaintiff to respond to the City's identification interrogatories; (2) extend the City's deadline to respond to the Court's *Valentin* Order to July 8, 2022; and (3) extend the City's deadline to respond to the Complaint to the same date by which the currently unidentified individuals must do so, which will be determined after they are identified and served.  (*See* Dkt. No. 12.)  Plaintiff has not opposed any of these three requests.  The Court grants each of the City's requests.  Plaintiff is directed to respond to the City's identification interrogatories, and the City's deadlines to respond to the Court's *Valentin* Order and the Complaint are hereby extended to the City's requested dates.

The Clerk of Court is directed to mail a copy of this order to the plaintiff and to close the motions at Docket Numbers 11 and 12.

SO ORDERED.

Dated: June 10, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge