UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDOULAYE TRAORE,
                   Plaintiff,

        -v-

CITY OF NEW YORK, *et al.*,
                   Defendants.

22-CV-1429 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On July 1, 2022, Defendant City of New York ("City") requested that the Court: (1) compel Plaintiff to respond to the City's identification interrogatories by July 15, 2022; (2) extend the City's deadline to respond to the Court's *Valentin* Order until 30 days after Plaintiff's response. This was the City's second such request.

    The Court grants in part the City's request; Plaintiff is hereby directed to respond to the City's identification interrogatories by August 15, 2022 and warned that failure to do so may result in dismissal for failure to prosecute. The City's deadlines to respond to the Court's *Valentin* Order and the Complaint are hereby extended to September 15, 2022.

    The Clerk of Court is directed to mail a copy of this order to the plaintiff and to close the motion at Docket Number 14.

    SO ORDERED.

Dated: July 5, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge