UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDOULAYE TRAORE,

                Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS *et al.*,

                Defendants.

22-CV-1429 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On September 27, 2022, Defendant the City of New York filed a motion to dismiss this case for lack of prosecution. The docket indicates that the motion and supporting papers were served on the Plaintiff on that date.

    The Plaintiff is notified that, if he wishes to continue with this case, he must submit a response to the City's motion by March 3, 2023, or the motion will be considered unopposed.

    The Clerk of Court is directed to mail a copy of this order to the pro se Plaintiff.

.

    SO ORDERED.

Dated: February 10, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge